UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSEPHINE KIRKWOOD, o/b/o T.L.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV175 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Terry I. Adelman that the decision of the Commissioner be affirmed. Plaintiff has not filed any objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Adelman as set forth in his February 19, 2008 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is affirmed and this matter is dismissed with prejudice.

A separate judgment in accordance with this Order is entered this same date.

Dated this 5th day of March, 2008.

                                                                _____
                                                                   HENRY EDWARD AUTREY
                                                              UNITED STATES DISTRICT JUDGE